# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

**FILED**
JUL 30 2008
Clerk, U.S. District and
Bankruptcy Courts

Radcliffe B. Lewis
1901 15th St. NW, # 4, Washington, DC 20009
Plaintiff

V.

District of Columbia NW
1350 Pennsylvania Ave. #419, Washington, DC 20﹖   And
Greyhound, Inc.
1005 1st Street, NE, Washington, DC 20002
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 1314

I, __Radcliffe B. Lewis__ declare that I am the (check appropriate box)
■ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ■ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ■ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Self employed Only - sporadic - last employment/contract was in November of 2007, Process Service. Fay Ely, 17 Shapless Blvd, NJ

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ■ Yes   ☐ No
   b. Rent payments, interest or dividends                ☐ Yes   ■ No
   c. Pensions, annuities or life insurance payments      ☐ Yes   ■ No
   d. Disability or workers compensation payments         ☐ Yes   ■ No
   e. Gifts or inheritances                               ☐ Yes   ■ No
   f. Any other sources                                   ☐ Yes   ■ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**
JUL 16 2008
Clerk, U.S. District and
Bankruptcy Courts

3

Recieve $100.00 per month for past six months from

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    N/A

I declare under penalty of perjury that the above information is true and correct.

_5/27/08_    _____
Date         Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _July 28, 2008_ <br> United States Judge    Date |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADCLIFFE B. LEWIS<br>　　　　Plaintiff/Applicant | |
| V. | |
| DISTRICT OF COLUMBIA, | |
| AND | |
| GREYHOUND INCORPORATED<br>　　　　Defendants | |

**ATTACHMENT TO APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

(Explanation for answers to form questions)

I Radcliffe B. Lewis hereby affirm the following:

**1.** I am not incarcerated. ✳

**2.** I am not currently employed.  In fact my last income received from any steady or relatively steady work was from as far back as 2004, when I worked as a litigation support agent for public defenders within the District of Columbia's judicial system.

This employment is in dispute as to definition be it "employment", "contract" or other because the District of Columbia insists that it "never intended to contract with me".  Ref: *Lewis v. District of Columbia Judiciary US. Dist. Crt. D.C. Case No: 1:07-cv-697-rjl.*

**3a.** In the past 12 months I have received money from self employment as follows: -

I am self employed, however sporadically – My last employment/contract was in November of 2007.  I served as a process server for one client. (See Attachment #2 hereto).  From December 2007 to April of 2008 received $100.00 per month from this previous client for litigation support services tendered, however, despite my efforts to provide incentives to the client to more

08 1314

**FILED**

JUL 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

appropriately negotiate the debt, the client has not so taken advantage and in fact has provided no further payments since 31 May 2008. There is no guarantee of any further payments. There are no other clients at this time, and consequently no further prospects for additional income.

**3b.** In the past 12 months I have not received any money from rent payments or interest dividends.

**3c.** In the past 12 months I have not received any money from pensions, annuities or life insurance payments.

**3d.** In the past 12 months I have not received any money from disability or workers compensation payments.

**3e.** In the past 12 months I have not received any money from gifts or inheritances.

**3f.** In the past 12 months I have not received any money from any other sources. ✻ ✻

**4.** I do not have any cash in any checking or savings accounts exceeding the sum of five dollars and fifty ($5.50) cents.

**5.** I do not own any real estate, stocks, bonds, securities, or other financial instruments, automobiles, or any other thing of liquidable value.

(I highly prize the value of my person, my rights, and the goodwill value of my name and reputation, but these are not liquidable.)

**6.** No persons are financially dependent upon me for support.

**Please see <u>Attachment # 3</u> for more information regarding "incarceration" and verification of income.**

**I declare under penalty of perjury that the above information is true and correct.**

_____7/16/08_____          _____
Date                                      Signature of Applicant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADCLIFFE B. LEWIS<br>　　　　　Plaintiff/Applicant | &#124; |
| V. | &#124; |
| DISTRICT OF COLUMBIA, | &#124; |
| AND | &#124; |
| GREYHOUND INCORPORATED<br>　　　　　Defendants | &#124; |

**ATTACHMENT#2 TO APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

(Explanation for answers to form questions)

Latest receipt to client for process service and litigation support.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADCLIFFE B. LEWIS <br>                 Plaintiff/Applicant <br><br> V. <br><br> DISTRICT OF COLUMBIA, <br><br> AND <br><br> GREYHOUND INCORPORATED <br>                 Defendants | ATTACHMENT#3 <br> TO APPLICATION TO PROCEED <br> WITHOUT PREPAYMENT OF <br> FEES AND AFFIDAVIT |

**Explanation for answers to form questions**

**\* Regarding "incarcerated"**

Disenfranchisement suffered resulting in Lewis v District of Columbia Judiciary, (Case No. 1:07-cv-697-rjl) restrains Applicant from engaging commerce either as a certified "CJA Investigator" or otherwise. In pleadings in that case, Applicant, as Plaintiff indicates he is/feels incarcerated and that the size of the prison is the sized of the United States. The definition of "incarcerated" for this question then should only be interpretive to punishment as a result of a formal criminal or contempt proceeding resulting in Judgment in which the Applicant here is a Defenant ther. IN that strict sense then, the Applicant is not incarcerated. Nevertheless, Applicant is currently socially serrated from engaging in commerce as a direct result of the policies of the defendants in the related Action.

**\*\* Regarding Income Verification**

In previous years the Applicant filed tax returns to reflect his icome, however for 2007 no tax return is as yet filed because at the time taxes were due, Applicant was awash in meeting the

deadlines in the related case (Lewis v District of D.C. Judiciary Et al). The total amount of income for 2007 being less than $500, the filing of a tax return would only be for documentary purposes, but the schedule conflicted significantly with the deadlines of the courts.

Though there appeared to be an incentive rebate for the filing of tax returns neither the calculations for, nor the meager income of Applicant appeared to cause him to be a candidate or the incentivised scheme sufficient for him to put at risk the survivability of his actions before the courts.

I declare under penalty of perjury that the above information is true and correct.

7/16/08
**Date**

**Signature of Applicant**