UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RADCLIFFE BANCROFT LEWIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1314 (RJL) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The District of Columbia and D.C. Metropolitan Police Department ("MPD") move to dismiss the complaint for improper service and because MPD, as an agency of the municipality, is not a suable entity. Because defendants are correct on the latter point, the Court grants the motion to dismiss MPD as a defendant.

With regard to service upon the District of Columbia, plaintiff, proceeding *in forma pauperis,* is relying on the court officers to effect proper service. *See* 28 U.S.C. § 1915(d). He therefore will not be faulted for the asserted deficiency. Accordingly, it is

**ORDERED** that the District of Columbia's amended motion to dismiss [Dkt. No. 8] is **GRANTED** as to the D.C. Metropolitan Police Department and **DENIED** in all other respects; it is

**FURTHER ORDERED** that the Clerk shall serve a copy of the summons and the complaint upon the Mayor via the Secretary of the District by certified mail, return receipt requested, or by any other means assuring proper service; and it is

**FURTHER ORDERED** that the District of Columbia's initial motion to dismiss [Dkt. No. 6] is **DENIED** as moot.

Date: September 18, 2008

_____
RICHARD J. LEON
United States District Judge