UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RADCLIFFE BANCROFT LEWIS,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )   Civil Action No. 08-1314 (RJL)<br>  )<br>GOVERNMENT OF THE   )<br>DISTRICT OF COLUMBIA *et al.*,   )<br>  )<br>Defendants.   )<br>_____)  |  |

## ORDER

This matter is before the Court on defendant Greyhound Bus Company's motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(5) and (b)(6). Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiff shall file his response to Greyhound Bus Company's motion to dismiss by **November 5, 2008**. If plaintiff fails to comply with this Order within the time

provided, the Court will treat the motion as conceded and may dismiss the complaint against the movant.

Date: October __1st__, 2008

RICHARD J. LEON
United States District Judge