UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RADCLIFFE BANCROFT LEWIS,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 08-1314 (RJL) |
| ) | |
| GOVERNMENT OF THE    ) | |
| DISTRICT OF COLUMBIA *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

## ORDER

This civil rights action is before the Court on Greyhound Lines Inc.'s Motion to Dismiss. By Order of October 3, 2008, plaintiff was advised to respond to the motion by November 5, 2008, or risk the Court's treating the motion as conceded and dismissing the complaint against the movant. Plaintiff has not opposed the motion or sought additional time to do so.

Accordingly, it is this \_\_\_ day of November 2008,

**ORDERED** that defendant Greyhound Lines Inc's Motion to Dismiss [Dkt. No. 12] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that the complaint against this defendant is **DISMISSED**. The Clerk is directed to terminate Greyhound Lines Inc. as a party-defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge