UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADCLIFFE BANCROFT LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1314 (RJL) |
| ) | |
| GOVERNMENT OF THE ) | |
| DISTRICT OF COLUMBIA *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this __13__ day of August 2009,

**ORDERED** that the District of Columbia's motion to dismiss [Dkt. No. 19] is **GRANTED**; and it is

**FURTHER ORDERED** that by September __18__, 2009, plaintiff shall file a notice stating the complete name, address and/or exact badge number of Officer Anderson so that the Marshals Service may effect proper service of process upon this remaining defendant utilizing the procedures established pursuant to the Metropolitan Police Department ("MPD") Amendment Act of 2006, *see* 54 D.C. Reg. 5039 §§ 2004-08 (2007). Plaintiff's failure to provide said information within the time provided will result in dismissal of the complaint against this defendant without prejudice and closure of the case.

_____
RICHARD J. LEON
United States District Judge