UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RADCLIFFE BANCROFT LEWIS, ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 08-1314 (RJL) |
| ) | |
| GOVERNMENT OF THE ) DISTRICT OF COLUMBIA *et al.*, ) ) | |
| Defendants. ) _____) | |

## ORDER

For the reasons stated in the accompanying Memorandum and in the Memorandum Opinion of August 17, 2009, it is this 1st day of October 2009,

**ORDERED**, *sua sponte*, that the complaint against Officer Anderson is **DISMISSED** without prejudice; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

RICHARD J. LEON
United States District Judge