UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RADCLIFFE BANCROFT LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 08-1314 (RJL) |
| ) | |
| GOVERNMENT OF THE ) | |
| DISTRICT OF COLUMBIA *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff seeks reconsideration of the Order filed October 2, 2009, dismissing this case. Specifically, plaintiff takes issue with the dismissal of the complaint against the unserved defendant, Officer Anderson, and seeks an enlargement of time to provide additional identifying information.[1] Motions for reconsideration of final orders are committed to the sound discretion of the trial court to grant or deny. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Id.* (citations and quotation marks omitted). Plaintiff's speculation that the individual he sues is either "Anderson the Deceased [] Anderson

---

[1] Plaintiff also seeks reconsideration of the Order of November 21, 2008, granting Greyhound Lines Inc's Motion to Dismiss as conceded, because "there is no indication in the record that Greyhound was ever served the initial complaint and summons in this case." Mot. at 1. He does not offer any argument as to why that matters in light of Greyhound's appearance in the case.

the Taller, [or] Anderson the Shorter," Mot. at 5, woefully fails in identifying an individual upon whom process can be served. Accordingly, it is this 3rd day of December 2009,

**ORDERED** that plaintiff's motion for reconsideration [Dkt. No. 35] is **DENIED**.

_____
RICHARD J. LEON
United States District Judge