UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RADCLIFFE BANCROFT LEWIS,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )   Civil Action No. 08-1314 (RJL)<br>  )<br>GOVERNMENT OF THE  )<br>DISTRICT OF COLUMBIA *et al.*,  )<br>  )<br>Defendants.  )<br>_____ ) | |

## ORDER

Plaintiff has filed a document captioned "Motion to Vacate the Order of Dismissal Based Upon Perjurious Statement of Opposing Counsel," in which he accuses counsel for the District of Columbia of perjury. The motion is another of plaintiff's attempts to vacate the dismissal order filed October 2, 2009. *See* Order (Dec. 4, 2009) (denying plaintiff's first motion to reconsider). Plaintiff appears to accuse the District's counsel of falsely stating that plaintiff did not confer with counsel as required by Local Civil Rule 7(m) prior to filing his first motion to reconsider, a claim that counsel disputes. *See* Mem. of P. & A. in Opp'n to Pl.'s Mot. [Dkt. No. 42] at 3. Even if true, plaintiff has not shown how such post-judgment conduct affects the merits determinations that supported the dismissal of the case and the denial of the first motion to reconsider. Like the previous motion, the pending motion presents absolutely no grounds for relief under Fed. R. Civ. P. 60. Accordingly, it is this 23rd day of April 2010,

**ORDERED** that plaintiff's motion to vacate the dismissal order [Dkt. No. 40] is **DENIED**.

_____
RICHARD J. LEON
United States District Judge